

# Fourth Court of Appeals
## San Antonio, Texas

November 21, 2022

No. 04-22-00357-CV

**IN THE INTEREST OF L.R.R. AND A.P.R.**, Children

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-00430
Honorable Linda A. Rodriguez, Judge Presiding

# O R D E R

The Department's brief was due on November 17, 2022. *See* TEX. R. APP. P. 38.6(b). After the due date, the Department moved for a twenty-day extension of time to file its brief.

The deadline to issue this opinion is December 12, 2022. The last regular issue date for this court before then is December 7, 2022.

The Department's motion is granted in part. The brief is due on November 30, 2022.

It is so **ORDERED** on this 21st day of November, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court